### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 |
| Krzysztof and Barbara Cyran, | ) | |
| | ) | No.: 14-31703 |
| Debtors. | ) | Hon. Jack B. Schmetterer |

### BMO HARRIS BANK N.A.'S OBJECTION TO CONFIRMATION OF DEBTORS' AMENDED CHAPTER 13 PLAN

BMO Harris Bank N.A. f/k/a Harris N.A. ("BMO"), by the undersigned attorney, objects to confirmation of the Amended Chapter 13 Plan filed by the Debtors in the instant case, and in support thereof, states as follows:

1. The Debtors filed their Chapter 13 bankruptcy case on August 28, 2014.

2. The Debtors own property located at 7928 W Metropole Street, Elmwood Park, IL 60707 (the "Property"). BMO has a second mortgage lien on the Property. The Debtors' amended plan, filed on October 17, 2014, proposes to avoid BMO's lien.

3. On September 4, 2014, the Debtors filed their Motion to Determine Value of Claim Secured by Lien (the "Motion") seeking to classify BMO's mortgage as fully unsecured.

4. This is a standing objection to the confirmation of any plan that modifies BMO's rights before the Motion is resolved and this Court has made an adjudication of BMO's rights therein.

WHEREFORE, BMO Harris Bank N.A. f/k/a Harris N.A. prays that this Court enter an Order denying confirmation of the Debtors' Amended Chapter 13 Plan, or, in the alternative, that this Court prohibit confirmation of any plan until the aforementioned Motion is resolved.

(Signature block follow)

        BMO Harris Bank N.A.

        By:   /s/ Adham Alaily
        One of its attorneys

Adham Alaily
aalaily@ehrenbergeganlaw.com
EHRENBERG & EGAN, LLC
321 N. Clark St., Suite 1430
Chicago, Illinois 60654
(312) 253-8640