**UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

RE: KRZYSZTOF CYRAN ) Case No. 14 B 31703
  BARBARA CYRAN )
                 Debtors ) Chapter 13
                         )
                         ) Judge: JACK B SCHMETTERER

## NOTICE OF MOTION

KRZYSZTOF CYRAN                         VERNOR MORAN LLC
BARBARA CYRAN                           via Clerk's ECF noticing procedures
7928 W METROPOLE ST
ELMWOOD PARK, IL 60707

Please take notice that on January 14, 2015 at 11:00 am my designee or I will appear before the Honorable Judge JACK B SCHMETTERER at 219 South Dearborn Courtroom 682, Chicago, IL and present the motion set forth below.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E Monroe St., Chicago, IL or by the methods indicated on December 02, 2014.

/s/ Tom Vaughn

## TRUSTEE'S MOTION TO DISMISS FOR UNREASONABLE DELAY

Now comes Tom Vaughn, Trustee in the above entitled case and moves the Court to dismiss this case in support thereof states:

1. On August 28, 2014 the Debtors filed a petition and plan under Chapter 13 of Title 11 U.S.C.

2. That the above-captioned plan has not yet been confirmed.

3. That the Debtors has caused unreasonable delay that is prejudicial to creditors by:

Provide trustee with business packet

WHEREFORE, the Trustee prays that this case be dismissed for unreasonable delay by the debtor pursuant to 11 U.S.C. § 1307 (c) (1).

Respectfully submitted,

TOM VAUGHN                              /s/ Tom Vaughn
CHAPTER 13 TRUSTEE
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900